# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHRISTINA LYNN MORGAN, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CIV-17-413-BMJ |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration, | ) |
| Defendant. | ) |

## **JUDGMENT**

Pursuant to the Memorandum Opinion and Order filed separately this same date, the final decision of Defendant, Acting Commissioner of the Social Security Administration, terminating Plaintiff's disability insurance benefits on April 25, 2015, is AFFIRMED and judgment is entered in favor of Defendant.

ENTERED this 31st day of January, 2018.

_____
BERNARD M. JONES
UNITED STATES MAGISTRATE JUDGE